554

No. 546. ROBERTS, RECEIVER, ET AL. *v.* NEW YORK CITY ET AL. January 7, 1935. Petition for writ of certiorari to the Supreme Court of New York granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Carl M. Owen, Harold C. McCollom, George Welwood Murray, Charles E. Hughes, Jr., Martin A. Schenck,* and *Charles Franklin* for petitioners. *Messrs. Paxton Blair, Richard M. Page, Wm. H. Page, Joseph F. Mulqueen, Jr., Elwood Thomas,* and *Albert S. Wright* for respondents. *Mr. Gregory Hankin* also entered an appearance for respondents.

No. 554. PATTERSON *v.* ALABAMA. January 7, 1935. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Messrs. Walter H. Pollak* and *Osmond K. Fraenkel* for petitioner. *Messrs. Thomas E. Knight, Jr.,* and *Thomas Seay Lawson* for respondent.

No. 171. GREEN *v.* CROWELL, DEPUTY COMMISSIONER, ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Rebecca Green, pro se. Messrs. George H. Terriberry* and *Walter Carroll* for respondents.

No. 231. McGEORGE *v.* CHARLES NELSON Co. October 8, 1934. Petition for writ of certiorari to the District Court of Appeal, First Appellate District, of California, and motion for leave to proceed further *in forma pau-*